**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kenneth EPPS, Defendant—Appellant.**

No. 00–50334.

D.C. No. CR–97–00579–WMB–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.[*]

Decided Feb. 23, 2004.

Miriam A. Krinsky, Asst. U.S. Atty., Robert Edward Dugdale, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM[**]

Kenneth Epps appeals his second jury trial conviction and the sentence imposed for distribution of cocaine base, in violation of 21 U.S.C. § 841. Epps acknowledges that his contention that the federal drug statutes are unconstitutional following *Apprendi v. New Jersey*, 530 U.S. 466, 120

S.Ct. 2348, 147 L.Ed.2d 435 (2000) is foreclosed by *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.2002) (en banc). Nor did the term of supervised release imposed by the district court violate *Apprendi*, because Epps's sentence does not exceed the prescribed statutory maximum pursuant to 21 U.S.C. § 841(b)(1)(C). *United States v. Sua*, 307 F.3d 1150, 1154 (9th Cir.2002).

Accordingly, Epps's conviction and sentence are

**AFFIRMED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

